UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR JOHNSON, | : |
|    Petitioner, | : |
| | : |
|           v. | :   No. 21-cv-4744 |
| | : |
| MORRIS HOUSER; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : |
|    Respondents. | : |

## **O R D E R**

**AND NOW**, this 30th day of September, 2025, after *de novo* review, for the reasons set forth in the Opinion issued this date, and for the reasons set forth in the Report and Recommendation, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's objections, ECF No. 47, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 46, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED and DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

                                                      BY THE COURT:

                                                      */s/ Joseph F. Leeson, Jr.*
                                                      JOSEPH F. LEESON, JR.
                                                      United States District Judge